| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 12/16/2020 |

LINNEA MICHAELS, *et al.*,

                Plaintiffs,

    v.

FELLOWSHIPS AT AUSCHWITZ FOR THE STUDY OF PROFESSIONAL ETHICS, *et al.*,

                Defendants.

No. 20-CV-5414 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    This action was filed on July 14, 2020—more than 150 days ago. Nothing has been filed since, and the complaint and summons have apparently not been served.

    "The plaintiff is responsible for having the summons and complaint served within the time allowed by Rule 4(m)." Fed R. Civ. P. 4(c)(1). "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m).

    Plaintiffs are hereby ordered to complete service and to submit proof of service on the docket before January 15, 2021. Failure to do so will result in dismissal of the action.

SO ORDERED.

Dated:    December 16, 2020
            New York, New York

                                                Ronnie Abrams
                                              United States District Judge