# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LINNEA MICHAELS, MARY-KATHRYN ZONI and REV. SUSAN J. McCONE<br><br>Plaintiff,<br><br>-against-<br><br>FELLOWSHIP AT AUSCHWITZ FOR THE STUDY OF PROFESSIONAL ETHICS, C. DAVID GOLDMAN, ANDREW EDER, ERIC MULLER, DEBBIE BISNO, NANCY ANGOFF, FREDERICK MARINO, THORSTEN WAGNER, JOHN DOES 1-10, and XYZ CORPORATIONS 1-10, jointly and severally,<br><br>Defendants | Docket No. 1:20-CV-05414 - (RA)<br><br>**NOTICE OF APPEARANCE** |

**DAVID E. STRAND,** a member of the bars of the States of New Jersey, New York and this Court, hereby files this Notice of Appearance as counsel for Defendants Fellowship At Auschwitz For The Study Of Professional Ethics, C. David Goldman, Andrew Eder, Eric Muller, Debbie Bisno, Nancy Angoff, Frederick Marino And Thorsten Wagner ("Defendants"). All notices given or required to be given in this case, and all papers served or required to be served in this case, shall be given to and served upon:

> David E. Strand, Esq.
> FISHER & PHILLIPS LLP
> 430 Mountain Avenue, Suite 303
> Murray Hill, NJ  07974
> Phone:  (908) 516-1050
> Fax:  (908) 516-1051
> E-mail:  dstrand@fisherphillips.com
> Attorneys for Defendants

FP 39626537.1

                Respectfully submitted,

                By:    */s/ David E. Strand*_____

Dated: January 19, 2021