# GIANAKIS LAW LLC
Attorney at Law

James P. Gianakis
Attorney ID # JG 3930

315 Madison Avenue, 3rd Floor
New York, New York 10017
Telephone:  646.979.3750
Facsimile:  973.218.2401
Mobile:  908.337.4436

> The Court is in receipt of the waivers of service. Pursuant to Fed. R. Civ. P. 4(d)(3), Defendants shall answer, respond to, or otherwise move with respect to the complaint by March 16, 2021.
>
> SO ORDERED.
>
> _____
> Hon. Ronnie Abrams
> Jan. 25, 2021

January 22, 2021

**VIA E-FILING**

Honorable Ronnie Abrams, U.S.D.J.
United States District Court
 for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re:  **Linnea Michaels, et al. v. Fellowships at Auschwitz for the Study of Professional Ethics, et al.; Civil Action No. 1:20-cv-05414-RA**

Dear Judge Abrams:

In compliance with the Court's Order, dated January 19, 2021, that requires, in pertinent part, Plaintiffs to "either complete service (and file proof of such service) or file executed waivers of service no later than February 9, 2021," I am hereby submitting for filing on behalf of all three (3) Plaintiffs – Linnea Michaels, Mary-Kathryn Zoni and Rev. Susan J. McCone – the enclosed, duly executed Waivers of the Service of Summons for all eight (8) named Defendants in this action – Fellowships at Auschwitz for the Study of Professional Ethics, C. David Goldman, Andrew Eder, Eric Muller, Debbie Bisno, Nancy Angoff, Frederick Marino, and Thorsten Wagner.

Respectfully submitted,

s / James P. Gianakis

James P. Gianakis

Enclosures
cc:    David E. Strand, Esq. (via e-filing w/enclosures)