# GIANAKIS LAW LLC
Attorney at Law

James P. Gianakis
Attorney ID # JG 3930

315 Madison Avenue, 3rd Floor
New York, New York 10017
Telephone:  646.979.3750
Facsimile:  973.218.2401
Mobile:  908.337.4436

March 9, 2021

**VIA E-FILING**

Honorable Ronnie Abrams, U.S.D.J.
United States District Court
 for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

      Re:    **Linnea Michaels, et al. v. Fellowships at Auschwitz for the Study of Professional Ethics, et al.; Civil Action No. 1:20-cv-05414-RA**

Dear Judge Abrams:

      As the Court is aware, this firm represents all three (3) Plaintiffs – Linnea Michaels, Mary-Kathryn Zoni and Rev. Susan J. McCone – in the above-referenced matter.  I am in receipt of a letter motion filed earlier today by counsel for all eight (8) Defendants that seeks leave from the Court to file excess pages in the responsive pleading that Defendants are apparently preparing to file next week based upon the number of parties and number of claims.  While counsel for Defendants could have reached out prior to filing the motion to obtain my consent, I have no objection to Defendants' motion, respectfully requesting that Plaintiffs are afforded the same courtesy to file excess pages in their response to Defendants' anticipated submission.

      Thank you for the Court's continuing guidance in this matter.

Respectfully submitted,

*s / James P. Gianakis*

James P. Gianakis

cc:    David E. Strand, Esq. (via e-filing)