**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LINNEA MICHAELS, MARY-KATHRYN ZONI, and REV. SUSAN J. McCONE,<br><br>                 Plaintiffs,<br>v.<br><br>FELLOWSHIPS AT AUSCHWITZ FOR THE STUDY OF PROFESSIONAL ETHICS, C. DAVID GOLDMAN, ANDREW EDER, ERIC MULLER, DEBBIE BISNO, NANCY ANGOFF, FREDERICK MARINO, THORSTEN WAGNER, JOHN DOES 1-10, and XYZ CORPORATIONS 1-10, jointly and severally,<br><br>                 Defendants. | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br><br>Civil Action No. 1:20-cv-05414-RA<br><br>**STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(2) IN PART WITHOUT PREJUDICE AND IN PART WITH PREJUDICE** |

It appearing that Plaintiffs, Linnea Michaels, Mary-Kathryn Zoni, and Rev. Susan J. McCone (collectively "Plaintiffs"), by and through their attorney, James P. Gianakis, Esq., and Defendants, Fellowships at Auschwitz for the Study of Professional Ethics ("FASPE"), C. David Goldman, Andrew Eder, Eric Muller, Debbie Bisno, Dr. Nancy R. Angoff, Frederick Marino, and Thorsten Wagner (collectively "Defendants"), by and through their attorney, David E. Strand, Esq. of Fisher Phillips LLP, having notified the Court that Plaintiffs intend to dismiss their Complaint voluntarily, in part without prejudice and in part with prejudice so that Plaintiffs may pursue their claims in state court and/or in mediation against Defendants FASPE, Goldman, and Eder; and that Plaintiffs and Defendants consent to the dismissal as indicated by the signatures below of their respective counsel; and with good cause appearing;

    IT IS on this _____ day of April 2021;

ORDERED that, pursuant to Federal Rule of Civil Procedure 41(a)(2):

1. The Complaint and its claims are hereby dismissed **without prejudice** and without costs and fees as to Defendants, Fellowships at Auschwitz for the Study of Professional Ethics, C. David Goldman, and Andrew Eder; and

2. The Complaint and its claims are hereby dismissed **with prejudice** and without costs and fees as to Defendants, Eric Muller, Debbie Bisno, Dr. Nancy R. Angoff, Frederick Marino, and Thorsten Wagner.

Honorable Ronnie Abrams, U.S.D.J.

CONSENTED TO BY:

_s / James P. Gianakis_

James P. Gianakis, Esq. (JG 3930)
GIANAKIS LAW LLC
315 Madison Avenue, 3rd Floor
New York, New York 10017
Telephone: (646) 979-3750
Facsimile: (973) 218-2401
Email: jim.gianakis@gmail.com

Attorney for Plaintiffs

David E. Strand, Esq.
FISHER & PHILLIPS LLP
The New York Times Building
620 Eighth Avenue, 36th Floor
New York, New York 10018
Telephone: (212) 899-9983
Facsimile: (212) 956-1971
Email: dstrand@fisherphillips.com

Attorney for Defendants