# GIANAKIS LAW LLC
Attorney at Law

<div style="text-align:right">

James P. Gianakis
Attorney ID # JG 3930

315 Madison Avenue, 3rd Floor
New York, New York 10017
Telephone:  646.979.3750
Facsimile:  973.218.2401
Mobile:  908.337.4436

</div>

April 13, 2021

**VIA E-FILING**

Honorable Ronnie Abrams, U.S.D.J.
United States District Court
 for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:    **Linnea Michaels, et al. v. Fellowships at Auschwitz for the Study of Professional Ethics, et al.; Civil Action No. 1:20-cv-05414-RA**

Dear Judge Abrams:

    Enclosed for filing with the consent of Defendants, please find a duly executed Stipulation of Dismissal Pursuant to F.R.C.P. 41(a)(2) that dismisses the Complaint and its claims, without costs and fees: (a) **without prejudice** as to Defendants, Fellowships at Auschwitz for the Study of Professional Studies, C. David Goldman, and Andrew Eder; and (b) **with prejudice** as to Defendants, Eric Muller, Debbie Bisno, Nancy Angoff, Frederick Marino, and Thorsten Wagner.  We respectfully request the Court's approval of this Stipulation of Dismissal and thank you for the Court's continuing courtesies.

<div style="margin-left:50%">

Respectfully submitted,

*s / James P. Gianakis*

James P. Gianakis

</div>

Enclosure
cc:    David E. Strand, Esq. (via e-filing w/encl.)