| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 04/15/2021 |

LINNEA MICHAELS, *et al.*,

                Plaintiffs,

      v.

FELLOWSHIPS AT AUSCHWITZ FOR THE STUDY OF PROFESSIONAL ETHICS, *et al.*,

                Defendants.

No.  20-CV-5414 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated:    April 15, 2021
            New York, New York

                                        Ronnie Abrams
                                        United States District Judge